ELLA F. DURGIN, on Behalf of Herself and All Other Stockholders of WICKWIRE SPENCER STEEL CORPORATION, Respondents, v. WICKWIRE SPENCER STEEL CORPORATION and Others, Defendants. G. F. NAPHEN, Appellant.— Appeal from

order overruling objections and directing witness to answer on examination before trial, dismissed, with ten dollars costs and disbursements. We are of opinion that rulings of this character, made on examination before trial, should be presented for disposition upon the trial, and an order in such a case is unwarranted. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.